UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
EMPIRE STATE CARPENTERS FUNDS, et al.,

                      Plaintiffs,                      **ORDER**
                                                                     CV 10-132 (JS)(ARL)

       -against-

TATCO INSTALLATIONS, INC.,

                      Defendant.
-------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      The matter having been referred to the undersigned by District Judge Seybert for the purpose of issuing a report and recommendation as to whether a default judgment should be entered and whether damages and attorneys' fees should be awarded, plaintiffs are directed to serve and file papers in support of its damages claim by **February 10, 2012**. Those papers shall include a memorandum of law and an affidavit from a person with knowledge of the relevant facts. Defendant may submit papers opposing the damages claims by **February 24, 2012**. If plaintiffs believe that the papers submitted in support of the motion for a default judgment suffice for the purposes of the damages inquest, plaintiffs shall so inform the court and the defendant in writing.

      Counsel for plaintiffs shall serve a copy of this order on defendant by certified mail, return receipt requested, at their last-known addresses. They shall also serve a copy of their damages papers on defendants by certified mail, return receipt requested, and shall file, along with its supporting papers, proof of service of: 1) their supporting papers and 2) this order. Defendant shall serve their opposition papers on counsel for plaintiffs and shall file opposition papers with proof of service with the Court.

Dated:  Central Islip, New York                    SO ORDERED:
         January 5, 2012

                                                      _____/s/_____
                                                      ARLENE ROSARIO LINDSAY
                                                      United States Magistrate Judge